UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David J. Widi, Jr.

     v.                                 Civil No. 13-cv-536-SM

Strafford County, et al.

O R D E R

No objections having been filed, I herewith approve the Reports and Recommendations of Magistrate Judge Andrea K. Johnstone dated June 18, 2015, for the reasons set forth therein (document nos. 44 and 45).  Defendants' Motion for Summary Judgment (document no. 25) is hereby denied.  Plaintiff's Motion for Summary Judgment (document no. 32) is denied without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 17, 2015

cc:   David J. Widi, Jr., pro se
      Corey M. Belobrow, Esq.