```
                    UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

David J. Widi, Jr.

   v.                                           Case No. 13-cv-536-SM

Strafford County, et al

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 21, 2019 for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                    _____
                                                   Steven J. McAuliffe
                                                   United States District Judge

Date: March 12, 2019

cc:   David J. Widi, Jr., pro se
       Corey M. Belobrow, Esq.