UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


David J. Widi, Jr.

     v.                                    Case No. 13-cv-536-SM

Strafford County, et al


                              ORDER

    No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated January 9, 2020, for the reasons set forth
therein. Defendants' motion to enforce settlement (Doc. No. 191)
is granted. Parties shall confer, within fourteen days of the
date of this Order, as to: 1) whether a replacement check is
necessary, and if so, 2) plaintiff's preferred method of
delivery of the replacement check. "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject
to review in the district court and those not preserved by such
objection are precluded on appeal.'" School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-

                                1

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Steven J. McAuliffe
United States District Judge

Date: January 28, 2020

cc: David J. Widi, Jr., pro se
    Anthony Sculimbrene, Esq.
    Corey M. Belobrow, Esq.